> Motion **DENIED.**
>
> This the 13th day of September, 20 18.
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00127-1FL

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | MOTION TO REVOKE/AMEND |
| VS. | ) | DETENTION ORDER |
| | ) | (18 U.S.C. §3145(b)) |
| RONNELL MELVIN | ) | |

NOW COMES the Defendant, by and through the undersigned counsel, and moves the Court for an order, pursuant to 18 U.S.C. §3145(b), revoking or modifying the order of detention and releasing the Defendant on conditions pursuant to 18 U.S.C.§3142(h).

Respectfully submitted, this the 31st day of August, 2018.

/s/Geoffrey W. Hosford
Attorney for Defendant
Post Office Box 1653
Wilmington, NC 28402
(910) 251-8333
State Bar Number 21239